# IN THE COURT OF APPEALS OF THE STATE OF WASHINGTON

| | |
|---|---|
| In the Matter of the Personal Restraint of<br><br>LAMONT M. BROUSSARD,<br><br>               Petitioner. | No. 82667-1-I<br><br>DIVISION ONE<br><br>UNPUBLISHED OPINION |

PER CURIAM — LaMont Broussard challenges his conviction for possession of cocaine in King County Superior Court No. 04-1-00998-3. He contends, and the State concedes, that the conviction must be vacated under State v. Blake, in which our Supreme Court held Washington's felony possession statute, former RCW 69.50.4013(1), unconstitutional. 197 Wn.2d 170, 195, 481 P.3d 521 (2021). We accept the State's concession, grant Broussard's petition, and remand to the trial court to vacate the conviction.

FOR THE COURT: